AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Ignacio ESPINOZA-Ramirez<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 31, 2021** in the county of **Zapata** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Brandy M. Ochoa-Hauser
*Complainant's signature*

Brandy M. Ochoa-Hauser, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: November 02, 2021

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
**V.**
Jose Ignacio ESPINOZA-Ramirez

**CRIMINAL COMPLAINT**

Case Number:

1. On October 31, 2021, at approximately 6:30 p.m., Border Patrol Agents (BPA) received a call from the Texas Department of Public Safety (TX DPS) requesting assistance on a traffic stop, eight miles east on Farm to Market (FM) 2687 in Zapata County.

2. Once the BPA arrived at the location of the traffic stop, he talked to the DPS Trooper who had conducted a traffic stop on a silver Ford Taurus for the vehicle failing to maintain a single lane. The BPA approached the vehicle and observed six people detained outside the vehicle. The BPA identified himself and conducted an immigration inspection on the six subjects and determined they were undocumented noncitizens illegally present in the United States (U.S.). The BPA then conducted an immigration inspection on the driver, Jose Ignacio Espinoza-Ramirez that was being detained inside the TX DPS Trooper's vehicle. The BPA determined he was an undocumented noncitizen, illegally present in the U.S. All seven subjects were placed under arrest and transported to the Zapata Border Patrol Station for further processing.

3. Espinoza-Ramirez was read his Miranda Rights. He acknowledged receipt and understood his rights by signing Service Form I-214. Espinoza-Ramirez was willing to provide a sworn statement without an attorney present.

4. Espinoza-Ramirez stated a friend called him to make some money. Espinoza-Ramirez stated that he picked up the six individuals in Roma, Texas and was going to get paid $500 United States Dollars (USD) to transport the individuals to a location near FM 2687. Espinoza-Ramirez knew that there were people in the trunk and that all the people were illegally here.

5. Material Witness Cesar Alexis Salazar-Garza, a citizen of Mexico, admitted he illegally entered the U.S. on October 18, 2021, in or near Mission, Texas. Salazar-Garza stated the payment was approximately $3,000 USD to get smuggled to San Antonio, Texas. Salazar-Garza stated he was sitting in the back seat of the vehicle. Salazar-Garza stated the driver told him he was going to drop them off at a location to begin walking into the brush. Salazar-Garza was able to identify Espinoza-Ramirez as the driver in a six-person photo lineup.

6. Material Witness Jose Antonio Galvan-Morales, a citizen of Mexico, admitted he illegally entered the U.S. on October 28, 2021. Galvan-Morales stated the payment was approximately $7,500 USD to get smuggled to Houston, Texas. Galvan-Morales stated he was laying down in the back seat along the floor of the seats. Galvan-Morales stated he did not see the driver during the smuggling event but did hear him give instructions. Galvan-Morales stated the driver instructed him to stay hidden and not move and that he was going to drop them off at a location to begin walking into the brush.

SUBSCRIBED and SWORN to before me on

_____2nd_____ day of _____November, 2021_____

_____
Signature of Judicial Officer

/S/ Ochoa-Hauser, Brandy M.    Border Patrol Agent
Signature of Complainant